## Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  MM Cam Limited

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __

☑ Other 05049075 . Describe identifier UK Company Identifier

For individual debtors:

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____

**3. Name of foreign representative(s)**  Brian Baker and Ryan Davies, Joint Administrators

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  See Item 4 on page 4 attached hereto.

**5. Nature of the foreign proceeding**

Check one:

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

| Debtor | MM Cam Limited | Case number (if known) |
|---|---|---|
| | Name | |

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   United Kingdom

   **Debtor's registered office:**

   Devonshire House, 60 Goswell Road
   Number    Street

   _____
   P.O. Box

   London  EC1M 7AD
   City    State/Province/Region    ZIP/Postal Code

   United Kingdom
   Country

   **Individual debtor's habitual residence:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Devonshire House, 60 Goswell Road
   Number    Street

   _____
   P.O. Box

   London  EC1M 7AD
   City    State/Province/Region    ZIP/Postal Code

   United Kingdom
   Country

10. **Debtor's website (URL)**  http://www.mmcam.co.uk

11. **Type of debtor**

    Check one:

    ☑ Non-individual (check one):

        ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

        ☐ Partnership

        ☐ Other. Specify: _____

    ☐ Individual

| Debtor | MM Cam Limited | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _____/s/ Brian Baker_____  Brian Baker, Joint Administrator
Signature of foreign representative    Printed name

Executed on  10 / 21 / 2019
               MM / DD / YYYY

X _____/s/_____  Ryan Davies, Joint Administrator
Signature of foreign representative    Printed name

Executed on  10 / 21 / 2019
               MM / DD / YYYY

**14. Signature of attorney**

X _____/s/_____  Date 11/8/2019
Signature of Attorney for foreign representative    MM / DD / YYYY

David Paul King
Printed name

King Cheng Miller & Jin, LLP
Firm name

3675 E. Huntington Dr., Ste. 200
Number    Street

Pasadena                                    CA        91107
City                                         State     ZIP Code

(626) 304-9001                              dpk@kcmlaw.net
Contact phone                                Email address

136765                                      CA
Bar number                                  State



Debtor: MM Cam Limited
Case Number _____

| 4. | Foreign proceeding in which Appointment of the foreign Representative(s) occurred | Case No. CR-2019-004393, In the Matter of MM Cam Limited and In the Matter of the Insolvency Act 1986, In the High Court of Justice, Business & Property Courts of England & Wales, Insolvency & Companies List (ChD) |
|---|---|---|
| 6. | Evidence of the foreign proceeding | A certified copy, written in English, of the 5 July 2019 decision commencing the foreign proceeding and appointing the foreign representatives is attached as Exhibit 1.<br><br>Pursuant to the High Court Practice Direction 510 of the Civil Procedure Rules under the Court's Electronic Working Pilot Scheme, the High Court no longer provides hard copies of Court Orders. Orders are served by the Court electronically, and any documents, including electronically sealed orders issued by the Court in the subject jurisdiction using Electronic Working, are served by the parties and not the Court. See paragraphs 7 and 8 of Practice Direction 510 at https://www.justice.gov.uk/courts/procedure-rules/civil/rules/part51/practice-direction-51o-the-electronic-working-pilot-scheme#7.1<br><br>On the second page of the 5 July 2019 Order attached hereto as Exhibit 1, the second page of the order headed "Service of the Order" provides: "The Court has provided a sealed copy of this order to the serving party: c/o FWJ Legal Limited t/as Francis Wilks & Jones, 6 Coldbath Square, London, EC1R 5HL. Reference: TF/BMC/VIS01/001." The attached Order bears the seal of the High Court and is certified by those solicitors, being the designated serving party. |

Debtor: MM Cam Limited
Case Number _____

| 8. | Others entitled to notice | All persons or bodies authorized to administer foreign proceedings of the debtor:<br><br>High Court of Justice<br>Business & Property Courts of England & Wales<br>Insolvency & Companies List (ChD),<br>Strand, London WC2A 2LL<br>Attention of ICC Judge Sally Barber<br><br>Brian Baker and Ryan Davies, Joint Administrators<br>Devonshire House, 60 Goswell Road<br>London EC1M 7AD, United Kingdom<br><br>All parties to litigation pending in the United States in which the debtor is a party at the time of this petition: No such litigation is known to be pending.<br><br>All entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code:<br>No provisional relief under § 1519 is being sought at the time of this petition. |
|---|---|---|
| 9. | Addresses | In July 2019, after being appointed Joint Administrator, Brian Baker changed Debtor's prior registered office at 1st Floor, 90 Chancery Lane, London WC2A 1EU, United Kingdom, to Debtor's present registered office at Devonshire House, 60 Goswell Road, London EC1M 7AD, United Kingdom. |
| 11. | Corporate ownership statement | The information described in Fed. R. Bankr. P. 7007.1 is: There are no corporations that directly or indirectly own 10% or more of any class of the equity interests of Debtor. |